FILED: January 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4057

(1:13-cr-00435-WO-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

BRIAN DAVID HILL

        Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:13-cr-00435-WO-1 |
| Date notice of appeal filed in originating court: | 01/29/2015 |
| Appellant (s) | Brian David Hill |
| Appellate Case Number | 15-4057 |
| Case Manager | Cathi Bennett 804-916-2704 |