15-4057
cb

# In the United States District Court
# for the Middle District of North Carolina
# Greensboro Division

Defendant, ~~Brian D. Hill~~ Brian David Hill     v.     Criminal Action No. 1:13cr435-1

Plaintiff, United States of America

## REQUEST FOR TRANSCRIPT

Transcripts are requested for appeal purposes

for case 13-cr-435 of proceedings held as follows :

Status Conference 6/4/2014

before JUDGE N. C. TILLEY, JR

CJA Voucher requested to pay Transcript fees as I am indigent under CJA status. So pursuant to the Criminal Justice Act (18 U.S.C. § 3006A) for purposes of Appeal, I ask for the Transcript under CJA Voucher.

_Brian D. Hill_ Jan 30, 2015
signed

Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

RECEIVED
2015 FEB -3 AM 9:50
U.S. COURT OF APPEALS
FOURTH CIRCUIT

# CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing

by deposit in the United States Mail, Postage prepaid,

on ___January 30th___, 2015

a true and correct copy of the foregoing

REQUEST FOR TRANSCRIPT, *and signed CJA Voucher form (attached)*

addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

and a true and correct copy addressed to:

Jane Allen-Calhoun,    Court Reporter
North Carolina Middle District
324 W. Market Street
Greensboro, N.C. 27401

*and a true and correct addressed to:
U.S. Court of Appeals
1100 E. Main St., Suite 501
Richmond, VA 23219*

___Brian D. Hill   Jan 30, 2015___
Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

January 30th, 2015

Jane Allen-Calhoun, Court Reporter
North Carolina Middle District
324 W. Market Street
Greensboro, N.C. 27401

Re: U.S. v. Hill, District Court # 13CR435    1:13CR435-1

Enclosed please find a copy of a request for transcript filed with the court.

Status Conference 6/4/2014 - 10 pages

I am enclosing a copy of the CJA 24 voucher (filed with Clerk of the Court) form I have signed asking the United States to pay the transcript service fee. Since I am indigent I am sure the government will pay for the transcript fee for my Request for transcript.

If a fee is required, please ask the court how much I would be required to pay.

If you have any question, please let me know.

Best wishes to you,

Brian D. Hill
916 Chalmers St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

Brian D. Hill
signed

Enc.

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Pro Se |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Status Conference, hearings for Pro Se motions filed - 6/4/2014 - 10 Pages

14. SPECIAL AUTHORIZATIONS                                                           JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_Brian D. Hill_   01/30/2015
Signature of Attorney   Date

Brian David Hill (Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney   ☐ Retained Attorney   ☑ Pro-Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____   _____
Date of Order    Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Jane Allen-Calhoun, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
Brian: I don't have that information.

Telephone Number: (336) 332-6033

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-10 | 10 | $3.65 | | | $36.50 |
| Copy | 1-10 | 10 | $0.90 | | | $9.00 |
| Expense (Itemize) | These are only estimated costs. | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | $45.50 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT                                              24. AMOUNT APPROVED

Signature of Judge or Clerk of Court _____   Date _____