## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 5, 2015

_____

RESPONSE REQUESTED

_____

No. 15-4057,   <u>US v. Brian D. Hill</u>
              1:13-cr-00435-WO-1

TO:   Mark A. Jones

RESPONSE DUE: 02/20/2015

Response is required to the motion to dismiss appeal. Response must be filed by the response due date shown in this notice.

Cathi Bennett, Deputy Clerk
804-916-2704