## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 6, 2015

_____

DOCUMENT TRANSMITTAL

_____

No. 15-4057,    <u>US v. Brian D. Hill</u>
            1:13-cr-00435-WO-1

TO:    Brian David Hill

Receipt is acknowledged of the document recently transmitted to the court. We have forwarded these documents to your attorney, who will act on your behalf.

<u>All future correspondence, including motions, should be sent to your attorney.</u>

Cathi Bennett, Deputy Clerk
804-916-2704