IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, :
          Appellee :
                      :
v.                     : No. 15-4057
                      :
BRIAN DAVID HILL :
          Appellant :

RECEIVED
2015 FEB 10  AM 10: 38
U.S. COURT OF APPEALS
FOURTH CIRCUIT

RESPONSE TO MOTION TO DISMISS APPEAL

COMES NOW Brian Hill to file this Response to Motion to Dismiss Appeal.

The Motion to Dismiss Appeal is clearly without merit in alleging that the "Appellant has failed to give notice of appeal within the time limits set out in Fed.R.App.P. 4(b)(1)(A)." The Judgment of this appeal was entered January 16, 2015 (Doc #57). The Notice appealing that judgment was entered January 29, 2015 (Doc #62), filed within the fourteen days set forth in the Fed.R.App.P. Therefore, Appellant moves this Court that Appellee's **Motion to Dismiss Appeal** should be **DENIED** as it sets forth no viable argument for dismissal of this appeal. Of note, the Appellee appears to incorrectly understand that this appeal is an appeal of "Judgment was entered on November 12, 2014. (Docket Entry no. 54)." (See Motion to Dismiss page 2)

Respectfully submitted,

*Brian D. Hill*

Brian D. Hill ( pro se )
916 Chalmers St. - Apt. D, Martinsville, VA   24112
Phone: (276)632-2599

CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing a true and correct copy of the foregoing RESPONSE TO MOTION TO DISMISS by deposit in the United States Mail, Postage prepaid,

on _____February 5th_____, 2015 addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

And to:

Mr. Mark A. Jones
BELL, DAVIS & PITT, PA
P. O. Box 21029
Suite 600
Winston-Salem, NC 27120-1029


_Brian D. Hill_
Brian D. Hill ( pro se )
916 Chalmers St. - Apt. D
Martinsville, VA   24112
Phone: (276)632-2599

Brian David Hill
916 Chalmers St.,
Martinsville, VA 24112
**USWGO**
*Brian D. Hill*
Signed



**Clerk of the Court**
**U.S. Court of Appeals, 4th Circuit**
**1100 East Main Street, Suite 501**
**Richmond, VA 23219-3538**
**NOTE: RESPONSE TO MOTION**
Sent Feb 6, 2015