# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CRIMINAL CASES

**Directions:** Counsel must make a **docketing statement (criminal)** entry in CM/ECF within 14 days of filing a notice of appeal or cross appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form and any extended answers, (2) any transcript order form, and (3) any CJA 24 authorization form. Counsel who filed the notice of appeal is responsible for filing the docketing statement even if different counsel will handle the appeal. In criminal cases, counsel who represented the defendant below must continue on appeal unless the court of appeals grants a motion to withdraw. Appellants proceeding pro se are not required to file a docketing statement. Opposing counsel may file objections to the docketing statement within 10 days of service using the ECF event-**docketing statement objection/correction.**

| Appeal No. & Caption | USA v. DAVID BRIAN HILL |
|---|---|
| Originating No. & Caption | USA v. BRIAN DAVID HILL |
| District Court & Judge | Middle District of North Carolina, William L. Osteen, Jr. |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Date of entry of order/judgment appealed from | JANUARY 16, 2015 |
| Date this notice of appeal filed | JANUARY 29, 2015 |
| If cross appeal, date first notice of appeal filed | |
| Date of filing any post-judgment motion | |
| Date order entered disposing of any post-judgment motion | |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final order or judgment? | ⦿ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

*RECEIVED 2015 FEB 10 AM 10:39 U.S. COURT OF APPEALS FOURTH CIRCUIT*

**Transcript** – Order all necessary transcript now. Extensions of the briefing schedule to order additional transcript are disfavored

(Identify necessary transcript dates and state whether the transcript is on file or a copy of the transcript order is attached. CJA counsel must attach copy of the CJA 24 with the transcript order.).

| | | | | |
|---|---|---|---|---|
| Trial Date(s): | | ○ On File | ○ Order Attached | ⦿ Not Needed |
| Plea Date: | | ○ On File | ○ Order Attached | ⦿ Not Needed |
| Sentence Date: | | ○ On File | ○ Order Attached | ⦿ Not Needed |
| Other Date(s): | | ○ On File | ○ Order Attached | ⦿ Not Needed |

| **Case Handling Requirements** (answer any that apply) | |
|---|---|
| Case number of any prior appeal in same case | |
| Case number of any pending appeal in same case | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | If abeyance or consolidation is warranted, counsel must file an appropriate motion. |
| Is expedited disposition necessary? | ○ Yes  ⦿ No |
| | If yes, motion to expedite must be filed. |

**Issues** (Non-binding statement of issues to raise on appeal. Attach additional page if necessary.)

ISSUE I.
It was error by the district court to DENY the pro se motion.
The court failed to address the primary intent of the motion or
failed to view the pleading as two motions and thereby failed
to address one motion.

ISSUE II.
The time restriction for filing an appeal was unconstitutional as applied to
the defendant.

2

| Appellant's Name & Address | Counsel's Name & Address |
|---|---|
| Name: BRIAN DAVID HILL (pro se)<br>Address: 916 Chalmers St. – Apt. D<br>Martinsville, VA 24112<br><br>E-Mail:<br><br>Phone: 276-632-2599 | Name:<br>Address:<br><br><br><br>E-Mail:<br><br>Phone: |

Signature: *Brian D. Hill* (Signed)   Date: Feb 6, 2015

Counsel for: _____

**Certificate of Service:** I certify that on Feb 6, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Mr. Anand P. Ramaswamy<br>Assistant United States Attorney<br>101 South Edgeworth Street<br>Greenboro, NC 27401 | Mr. Mark A. Jones<br>BELL, DAVIS & PITT, PA<br>100 N. Cherry St., Suite 600<br>P. O. Box 21029<br>Winston Salem, NC 27120-1029 |

Signature: *Brian D. Hill*   Date: February 6, 2015

3

In the United States District Court

for the Middle District of North Carolina

Greensboro Division



Defendant, ~~Brian D. Hill~~
Brian David Hill     v.     Criminal Action No. 1:13cr435-1

Plaintiff, United States of America

### REQUEST FOR TRANSCRIPT

Transcripts are requested for appeal purposes

for case 13-cr-435 of proceedings held as follows :

  Status Conference 6/4/2014

    before JUDGE N. C. TILLEY, JR

CJA Voucher requested to pay Transcript fees as I am indigent under CJA status. So pursuant to the Criminal Justice Act (18 U.S.C. § 3006A) for purposes of Appeal, I ask for the Transcript under CJA Voucher.

Brian D. Hill  Jan 30, 2015
(signed)

Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

## CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing

by deposit in the United States Mail, Postage prepaid,

on ___January 30th___, 2015

a true and correct copy of the foregoing

REQUEST FOR TRANSCRIPT, and signed CJA Voucher form (attached)

addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

and a true and correct copy addressed to:

Jane Allen-Calhoun,    Court Reporter
North Carolina Middle District
324 W. Market Street
Greensboro, N.C. 27401

and a true and correct addressed to:
U.S. Court of Appeals
1100 E. Main St., Suite 501
Richmond, VA 23219

Brian D. Hill    Jan 30, 2015
_____
Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE *(See Instructions)*<br>Pro Se | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: *The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
Status Conference, hearings for Pro Se motions filed - 6/4/2014 - 10 Pages

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Brian D. Hill*                      01/30/2015
Signature of Attorney                Date

Brian David Hill (Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney   ☐ Retained Attorney   ☑ Pro-Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____        _____
Date of Order            Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Jane Allen-Calhoun, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
Brian: I don't have that information.

Telephone Number: (336) 332-6033

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-10 | 10 | $3.65 | | | $36.50 |
| Copy | 1-10 | 10 | $0.90 | | | $9.00 |
| Expense *(Itemize)* | These are only estimated costs. | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | $45.50 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____        Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____        _____
Signature of Attorney or Clerk            Date

### APPROVED FOR PAYMENT --- COURT USE ONLY

23. APPROVED FOR PAYMENT                                          24. AMOUNT APPROVED

_____        _____
Signature of Judge or Clerk of Court      Date

<u>January 30th</u>, 2015

Jane Allen-Calhoun, Court Reporter
North Carolina Middle District
324 W. Market Street
Greensboro, N.C. 27401

Re: U.S. v. Hill, District Court # 13CR435      *1:13CR435-1*

Enclosed please find a copy of a request for transcript filed with the court.

Status Conference 6/4/2014 - 10 pages

I am enclosing a copy of the CJA 24 voucher (filed with Clerk of the Court) form I have signed asking the United States to pay the transcript service fee. Since I am indigent I am sure the government will pay for the transcript fee for my Request for transcript.

If a fee is required, please ask the court how much I would be required to pay.

If you have any question, please let me know.

Best wishes to you,

Brian D. Hill
916 Chalmers St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

*Brian D. Hill*
Signed

Enc.

In the United States District Court

for the Middle District of North Carolina

Greensboro Division



Defendant, ~~Brian D. Hill~~ Brian David Hill　　v.　　Criminal Action No. 1:13cr435-1

Plaintiff, United States of America

## REQUEST FOR TRANSCRIPT

Transcripts are requested for appeal purposes

for case 13-cr-435 of proceedings held as follows :

    Change of Plea Hearing 6/10/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

    Motion Hearing 9/3/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

    Called for sentencing 9/30/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

    Status Conference 10/15/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

    Sentencing Hearing 11/10/2014
        before CHIEF JUDGE WILLIAM L. OSTEEN JR.

_Brian D. Hill_ (signed) Jan 30 2015

Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

CJA Vouchers requested to pay Transcript fees as I am indigent under CJA status. So pursuant to the Criminal Justice Act (18 U.S.C §3006A) for purposes of Appeal I ask for the Transcripts under CJA Voucher.

# CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing

by deposit in the United States Mail, Postage prepaid,

on <u>January 30th</u>, 2015

a true and correct copy of the foregoing

REQUEST FOR TRANSCRIPT, and signed CJA Voucher forms (attached)

addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

and a true and correct copy addressed to:

Joseph Armstrong Court,     Court Reporter
North Carolina Middle District
324 W. Market Street
Greensboro, N.C, 27401

and a true and correct copy addressed to:
U.S. Court of Appeals,
1100 E. Main St, Suite 501
Richmond, VA 23219

_Brian D. Hill_   Jan 30, 2015
Brian D. Hill ( pro se )
916 Chalmer St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

<u>January 30th</u>, 2015

Joseph Armstrong, Court Reporter
North Carolina Middle District
324 W. Market Street
Greensboro, N.C. 27401

Re: U.S. v. Hill, District Court # 13CR435        1:13CR435-1

Enclosed please find a copy of a request for transcript filed with the court.

Change of Plea Hearing   6/10/2014
Motion Hearing           9/03/2014
Called for sentencing    9/30/2014
Status Conference        10/15/2014
Sentencing Hearing       11/10/2014

I am enclosing a copy of the CJA 24 voucher (filed with Clerk of the Court) form I have signed asking the United States to pay the transcript service fee. Since I am indigent I am sure the government will pay for the transcript fee for my Request for transcript. Multiple forms enc.

If a fee is required, please ask the court how much I would be required to pay.

If you have any question, please let me know.

Best wishes to you,

Brian D. Hill (Pro Se)
916 Chalmers St, Apt. D, Martinsville, VA 24112
Phone: (276)632-2599

*Brian D. Hill*
Signed

Enc.

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Pro Se |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Change of Plea Hearing - 6/10/2014 - 28 Pages

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Brian D. Hill* — 01/30/2015
Signature of Attorney — Date

Brian David Hill (Pro Se)
Printed Name

Telephone Number: (276) 632-2599
☐ Panel Attorney  ☐ Retained Attorney  ☑ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

Date of Order _____   Nunc Pro Tunc Date _____

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Joseph Armstrong, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
Brian: I don't have that information.

Telephone Number: (336) 332-6034

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-28 | 28 | $3.65 | | | $102.20 |
| Copy | 1-28 | 28 | $0.90 | | | $25.20 |
| Expense (Itemize) | These are only estimated costs. | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | $127.40 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____   _____
Signature of Attorney or Clerk   Date

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT

_____   _____
Signature of Judge or Clerk of Court   Date

24. AMOUNT APPROVED

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony    ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Pro Se |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Motion Hearing - 9/03/2014 - 25 Pages

14. SPECIAL AUTHORIZATIONS                                                                JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement       ☐ Defense Argument       ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_Brian D. Hill_      01/30/2015
Signature of Attorney    Date

Brian David Hill (Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney  ☐ Retained Attorney  ☑ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____        _____
Date of Order              Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Joseph Armstrong, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
Brian: I don't have that information.

Telephone Number: (336) 332-6034

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-25 | 25 | $3.65 | | | $91.25 |
| Copy | 1-25 | 25 | $0.90 | | | $22.50 |
| Expense (Itemize) | These are only estimated costs. | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | $113.75 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____     Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____          _____
Signature of Attorney or Clerk                    Date

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT                                  24. AMOUNT APPROVED

_____          _____
Signature of Judge or Clerk of Court               Date

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Pro Se |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Called for sentencing - 9/30/2014 - 22 Pages

14. SPECIAL AUTHORIZATIONS    JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Brian D. Hill*    01/30/2015
Signature of Attorney    Date

Brian David Hill (Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney   ☐ Retained Attorney   ☑ Pro-Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____    _____
Date of Order    Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Joseph Armstrong, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
Brian: I don't have that information.

Telephone Number: (336) 332-6034

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-22 | 22 | $3.65 | | | $80.30 |
| Copy | 1-22 | 22 | $0.90 | | | $19.80 |
| Expense (Itemize) | These are only estimated costs. | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | $100.10 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____    Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

_____    _____
Signature of Attorney or Clerk    Date

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT    24. AMOUNT APPROVED

_____    _____
Signature of Judge or Clerk of Court    Date

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Brian David Hill | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:13-CR-435-1 | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Brian David Hill | 8. PAYMENT CATEGORY ☑ Felony  ☐ Petty Offense ☐ Misdemeanor  ☐ Other ☐ Appeal | | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant  ☐ Appellant ☐ Juvenile Defendant  ☐ Appellee ☐ Other | | 10. REPRESENTATION TYPE (See Instructions) Pro Se |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Status Conference - 10/15/2014 - 13 Pages

14. SPECIAL AUTHORIZATIONS                                              JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_Brian D. Hill_     01/30/2015
Signature of Attorney     Date

Brian David Hill (Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney   ☐ Retained Attorney   ☑ Pro-Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____     _____
Date of Order     Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Joseph Armstrong, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
Brian: I don't have that information.

Telephone Number: (336) 332-6034

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-13 | 13 | $3.65 | | | $47.45 |
| Copy | 1-13 | 13 | $0.90 | | | $13.90 |
| Expense (Itemize) | These are only estimated costs. | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | $61.35 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____     Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____     _____
Signature of Attorney or Clerk     Date

### APPROVED FOR PAYMENT --- COURT USE ONLY

23. APPROVED FOR PAYMENT     24. AMOUNT APPROVED

_____
Signature of Judge or Clerk of Court     Date

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>Brian David Hill | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:13-CR-435-1 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Brian David Hill | 8. PAYMENT CATEGORY<br>☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Pro Se |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:2252A(a)(5)(B) and (b)(2) Possess child pornography of a prepubescent minor under 12 years of age (1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
For the purpose of appealing my conviction. I need to review the transcripts before I file an appeal brief in the Court of Appeal. I need the entire transcript of the hearing or hearings to find any errors to prepare for the appeal brief. Appeal is reason for request.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Sentencing Hearing - 11/10/2014 - 17 Pages

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Brian D. Hill*  01/30/2015
Signature of Attorney     Date

Brian David Hill (Pro Se)
Printed Name
Telephone Number: (276) 632-2599
☐ Panel Attorney  ☐ Retained Attorney  ☑ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

Date of Order     Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Joseph Armstrong, North Carolina Middle District
324 W. Market St., Greensboro, N.C. 27401

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
Brian: I don't have that information.

Telephone Number: (336) 332-6034

| 20. | TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|---|
| | Original | 1-17 | 17 | $3.65 | | | $62.05 |
| | Copy | 1-17 | 17 | $0.90 | | | $15.30 |
| | Expense (Itemize) | These are only estimated costs. | | | | | |
| | | | | | | TOTAL AMOUNT CLAIMED: | $77.35 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____  Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

_____                _____
Signature of Attorney or Clerk              Date

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED

_____
Signature of Judge or Clerk of Court     Date

Brian David Hill
916 Chalmers St.
Martinsville, VA 24...

**U.S.W.G.O.**
*Brian D. Hill*
signed

CERTIFIED MAIL

7013 3020 0002 2463 5543

U.S. POSTAGE PAID
MARTINSVILLE, VA
24112
FEB 06, 15
AMOUNT
$4.91

**Clerk of the Court**
**U.S. Court of Appeals, 4th Circuit**
**1100 East Main Street, Suite 501**
**Richmond, VA 23219**
**NOTE:** ~~RESPONSE TO MOTION~~
Sent Feb 6, 2015  Docketing Statement and Disclosure statement