### UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 11, 2015

_____

DOCUMENT TRANSMITTAL
_____

No. 15-4057,    US v. Brian D. Hill
              1:13-cr-00435-WO-1

TO:   Brian David Hill

Receipt is acknowledged of the document(s) recently transmitted to the court. We have forwarded these documents to your attorney, who will act on your behalf.

**All future correspondence, including motions, should be sent to your attorney.**

Cathi Bennett, Deputy Clerk
804-916-2704