IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,            :
          Appellee    :
                        :
v.                                   : No. 15-4057
                        :
BRIAN DAVID HILL                     :
          Appellant   :

<u>MOTION TO STRIKE DOC 14</u>

COMES NOW Brian Hill to file this Motion to Strike Doc 14 (RESPONSE TO GOVERNMENT'S MOTION TO DISMISS APPEAL) which was filed on February 17, 2015 by Mark Jones without consent or discussion with Appellant and does not represent the Appellant's argument in response to the MOTION TO DISMISS APPEAL (Doc 6 filed February 5, 2015) concerning DENIAL of A MOTION for which this appeal was filed (See Doc 62 NOTICE OF APPEAL filed on January 29, 2015 in the district court for the Middle District of North Carolina, case 1:13-cr-435 appealing Order(Doc 57) entered January 16, 2015).

Regardless, the **Motion to Dismiss Appeal** should be **DENIED** as it sets forth no viable argument for dismissal of this appeal of a DENIAL of a MOTION (See Doc 10 filed February 10, 2015).

Respectfully submitted,

Brian D. Hill                    Brian D. Hill
                                 Signed
_____
Brian D. Hill ( pro se )
916 Chalmers St. - Apt. D, Martinsville, VA  24112
Phone: (276)632-2599

CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing a true and correct copy of the foregoing MOTION TO STRIKE DOC 14 by deposit in the United States Mail, Postage prepaid,

on February 23, 2015 addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

And to:

Mr. Mark A. Jones
BELL, DAVIS & PITT, PA
P. O. Box 21029
Suite 600
Winston-Salem, NC 27120-1029


*Brian D. Hill*
*signed*
_____
Brian D. Hill ( pro se )
916 Chalmers St. - Apt. D
Martinsville, VA   24112
Phone: (276)632-2599