CB

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Appellee | : |
| | : |
| v. | : No. 15-4057 |
| | : |
| BRIAN DAVID HILL | : |
| Appellant | : |

MOTION TO PROCEED PRO SE

Appellant ("Hill") moves this court to allow Hill to forgo representation and to exercise his constitutional right to conduct his own defense.

Further, Hill moves the court to accept documents previously filed as pro se ( See Doc #8,10,11, and 12)


Respectfully submitted,

*Brian D. Hill*
signed
_____
Brian D. Hill ( pro se )
916 Chalmers St. - Apt. D, Martinsville, VA   24112
Phone: (276)632-2599

RECEIVED
2015 FEB 24  PM 2:22
U.S. COURT OF APPEALS
FOURTH CIRCUIT

CERTIFICATE OF SERVICE

I hereby certify that service was made by mailing a true and correct copy of the foregoing
MOTION TO PROCEED PRO SE
by deposit in the United States Mail, Postage prepaid,

on _February, 23_____, 2015 addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401

And to:

Mr. Mark A. Jones
BELL, DAVIS & PITT, PA
P. O. Box 21029
Suite 600
Winston-Salem, NC 27120-1029

_Brian D. Hill_
Signed
_____
Brian D. Hill ( pro se )
916 Chalmers St. - Apt. D
Martinsville, VA   24112
Phone: (276)632-2599



INSPECTED

FOR DOMESTIC AND INTERNATIONAL USE
PLACE MAILING LABEL HERE

FEB 4 '15

EI78924398SUS

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE
Addressee Copy
Post Office To Addressee
U.S. MARSHALS

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 24112
Date Accepted: 2-23-15
Time Accepted: 2:30 PM
Flat Rate or Weight: 1 lb 9 oz

FROM: Brian David Hill
PHONE 276-632-2599
926 Chalmers St, Apt D
Martinsville, VA 24112

TO: Clerk of The Court  Note: Pro Se, Dec 14 strike
U.S. Court of Appeals, 4th Circuit
1100 E. Main St, Suite 501
ZIP+4: 23219

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811




VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.

3C July 2013
11.625 x 15.125

DuPont™ Tyvek®
Protect What's Inside.™