# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 9, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No. 15-4057,    <u>US v. Brian D. Hill</u>
               1:13-cr-00435-WO-1

TO:    Mark A. Jones

MOTION OR RESPONSE CORRECTION DUE:  April 15, 2015

Please file the corrections identified below and file a corrected document by the date indicated using the (Amended) **MOTION** entry.

---

[X] A motion to withdraw as counsel at the certiorari stage in a criminal case must state that counsel has advised appellant in writing of the right to seek review in the U.S. Supreme Court *on his own behalf*.


Cathi Bennett, Deputy Clerk
804-916-2704