Appeal: 15-4057    Doc: 27    Filed: 04/21/2015    Pg: 1 of 4

Apr-21-2015 11:59 AM    276-632-2599    1/6
Transmitted with Venta Fax & Voice software - http://www.ventafax.com

4/21/2015   11:55:11 AM   From: Brian David Hill              Fax ID: 276-632-2599              Page 1/ 6
Attn.: Clerk of Court                        To: U.S. Court of Appeals

RECEIVED

2015 APR 21 PM 12: 13

U.S. COURT OF APPEALS
FOURTH

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,        :
    Appellee          :
          :
v.                                :  No. 15-4057
          :
BRIAN DAVID HILL                  :
    Appellant         :

EMERGENCY RESPONSE TO AMENDED MOTION TO WITHDRAW

NOW COMES Brian Hill to file this EMERGENCY RESPONSE TO AMENDED MOTION TO WITHDRAW with Cathi Bennett to file with the Clerk of the Court Patricia S. Connor, to basically state some truths that need to be put on record before the Appeal completely closes.

First of all the Appellant has **no objection** to the **withdraw of Mark A. Jones**, Esq., from this Honorable Court. First of all Mark didn't even file the response correctly, then second told the Appellant and his mother Roberta Hill that he was going to get his lawful property back without any child pornography. Instead Mark Jones delivered a box from the Mayodan Police Department with evidence tape on it with two holes on the sides, which contained a hard drive with child pornography on it. That hard drive was destroyed then a report made to the Appellant's Probation Officer Kristy Burton and the FBI in Richmond, VA over the matter.

That attorney did not speak with the Appellant ever since he

Appeal: 15-4057    Doc: 27    Filed: 04/21/2015    Pg: 2 of 4

4/21/2015  11:55:46 AM   From: Brian David Hill           Fax ID: 276-632-2599   Page 2/ 6
Attn.: Clerk of Court                       To: U.S. Court of Appeals

informed his counsel that he was tricked into receiving a hard drive with child pornography on it from the Mayodan Police Department. All of this information has been filed with the U.S. District Court (Doc# 71, Filed 04/03/15) as NEW EVIDENCE in a public statement to The Court that the Appellant plans on filing a Petition for the Writ of Habeas Corpus on Actual Innocence, ineffective counsel, and possibly other grounds.

The Appellant is Innocent and the only evidence left to prove Actual Innocence is with a Independent computer forensic examination to confirm that child porn was planted on his hard drive not just by a computer virus or computer hacker but also possibly by law enforcement.

That attorney didn't respond to any written, orally on voicemail, or any request/inquiry for that matter since the hard drive was delivered to the Appellant, then destroyed by his family. Mark has done nothing but made the Appellant's life possibly worse and put him at risk of more criminal charges including possibility of Probation revocation had Brian not reported the hard drive to his Probation Officer Ms. Burton. Mark is worse than Eric Placke the ineffective counsel because at least he didn't try to deliver any possible contraband to the Appellant. Further proof that the Appellant can win a Habeas Corpus petition with more than one child pornography set up attempted on the Appellant. He can win the Petition and overturn

Appeal: 15-4057    Doc: 27    Filed: 04/21/2015    Pg: 3 of 4

4/21/2015   11:56:17 AM   From: Brian David Hill         Fax ID: 276-632-2599        Page 3/ 6
Attn.: Clerk of Court                      To: U.S. Court of Appeals

his conviction then hopefully the FBI will hold Mayodan Police accountable along with the State Bureau of Investigation Agent Rodney White. All of the people that framed the Appellant should be held accountable but Mark will never do that.

So I have no objection whatsoever that Mark should withdraw himself as counsel. It may be better off that the conviction isn't partially overturned back to a Jury Trial as the Appellant can be put at risk of a superseding indictment with the possibility that all evidence that may help prove his Innocence will disappear as a consequence of a superseding indictment. Therefore the Appellant believes it is in his best interests to fully overturn his criminal conviction and has more of a reason to believe that the Town of Mayodan Police Department framed him with child porn from the start and requests an investigation on the matter to exonerate the Appellant from any conviction as a result of being framed.

He wishes his counsel a good day and a good life, and never wants him as legal counsel again on any Appeal in the future. Therefore, I request that the Clerk of the Court of the U.S. Court of Appeals file this EMERGENCY RESPONSE.

Respectfully submitted, *Brian D. Hill* signed

Brian D. Hill ( pro se )
916 Chalmers St. - Apt. D, Martinsville, VA   24112
Phone: (276)632-2599

Appeal: 15-4057   Doc: 27   Filed: 04/21/2015   Pg: 4 of 4

Apr-21-2015 11:59 AM     276-632-2599        4/6

4/21/2015  11:56:46 AM   From: Brian David Hill      Fax ID: 276-632-2599        Page 4/ 6
Attn.: Clerk of Court                    To: U.S. Court of Appeals

CERTIFICATE OF SERVICE

I hereby certify that service was made by facsimile of a true and correct copy of the foregoing EMERGENCY REQUEST THAT THE CLERK ACT ON MOTION by Fax Machine,

on ____April 21_____, 2015 addressed to:

Mr. Anand P. Ramaswamy
Assistant United States Attorney
101 South Edgeworth Street
Greenboro, NC 27401
Fax: (336) 333-5381

And to:

Mr. Mark A. Jones
BELL, DAVIS & PITT, PA
P. O. Box 21029
Suite 600
Winston-Salem, NC 27120-1029
Fax: (336) 714-4101

Note: Fax Transmission Ticket attached to this CERTIFICATE OF SERVICE as proof of service.

*Brian D. Hill*
Signed
_____
Brian D. Hill ( pro se )
916 Chalmers St. - Apt. D
Martinsville, VA   24112
Phone: (276)632-2599